December 05, 2008

Mr. David R. Walker
Royston, Rayzor, Vickery & Williams, L.L.P.
Penzoil Place, Suite 500
711 Louisiana,
Houston, TX 77002

Honorable Tracy K. Christopher
295th District Court
201 Caroline, 14th Floor
Houston, TX 77002
Mr. John Milton Black
Heard, Robins, Cloud & Lubel L.L.P.
3800 Buffalo Speedway 5th Floor
Houston, TX 77098

RE: Case Number: 07-0040
 Court of Appeals Number: 14-06-00625-CV
 Trial Court Number: 2003-30221

Style: IN RE GLOBALSANTAFE CORPORATION

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion in the
above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Charles |
| |Bacarisse |
| |Mr. Ed Wells |
| |Mr. F. William |
| |Mahley |
| |Mr. Stephen G. |
| |Tipps |